IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:

MICHAEL EUGENE MORELAND
ROBERTA GAYLE MORELAND,

    DEBTORS

Case No.: BK-16-12210-R
Chapter 13

## OBJECTION TO CHAPTER 13 PLAN OF DEBTOR

Comes now the secured creditor, LoanDepot.com, LLC, by their attorneys, Baer & Timberlake, P.C., and hereby objects to the Chapter 13 Plan of Debtor. In support of this Objection, LoanDepot.com, LLC would show the Court as follows:

1. LoanDepot.com, LLC is the holder of a purchase money note and mortgage on the residence, ("mortgaged property") of Debtor. Said note and mortgage has an estimated outstanding balance of $121,939.22 plus accruing interest along with reasonable attorney fees and for all costs of the action.

2. The proposed Chapter 13 Plan of the Debtor reflects an arrearage amount of $7,981.00. LoanDepot.com, LLC disputes this amount and would propose that the estimated arrearage amount is $8,631.81.

WHEREFORE, PREMISES CONSIDERED, secured creditor, LoanDepot.com, LLC, moves the Court to reject the proposed Chapter 13 Plan of Debtor and/or to grant adequate protection or such other and further relief as may be entitled.

LOANDEPOT.COM, LLC,

By:    s/ Matthew J. Hudspeth
       MATTHEW J. HUDSPETH - #14613
       JIM TIMBERLAKE - #14945
       Baer Timberlake, P.C.
       4200 Perimeter Center, Suite 100
       Oklahoma City, OK 73102
       Telephone: (405) 842-7722
       Fax: (918) 794-2768
       Attorney for Movant

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true and correct copy of the above and foregoing Objection with postage thereon fully prepaid to the parties listed below on January 10, 2017.

Michael Eugene Moreland
Roberta Gayle Moreland
HC 62 Box 105
Nowata, OK 74048-9409


The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

Lonnie D. Eck
P.O. Box 2038
Tulsa, OK  74101

Dana M. McDaniel
8810 S. Yale Ave. Suite G
Tulsa, OK  74137


By:	s/ Matthew J. Hudspeth_____
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 794-2768
Attorney for Movant